# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PAu 3-569-586**

Effective date of registration:

March 25, 2011

---

### Title
- **Title of Work:** The Divide

### Completion/Publication
- **Year of Completion:** 2010

### Author
- **Author:** R & D Film 1, LLC
- **Author Created:** entire motion picture
- **Work made for hire:** Yes
- **Citizen of:** United States    **Domiciled in:** United States

### Copyright claimant
- **Copyright Claimant:** R & D Film 1, LLC
  810 Superba Ave, Venice, CA 90291
- **Transfer Statement:** By written agreement

### Rights and Permissions
- **Name:** Ross Dinerstein
- **Email:** ross@preferredcontent.net    **Telephone:** 310-393-0707

### Certification
- **Name:** Ross Dinerstein
- **Date:** March 23, 2011

---

**Correspondence:** Yes

# EXHIBIT B

| | IP Address | GUID | P2PClient | HitDateUTC | DossierNumber | Title | RightsOwner | FileName | Filehash | ISP | Region | City |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | 75.132.146.131 | 2D5554333133302DBF6ACCEBB42CD80EC9AB6BD2 | µTorrent 3.1.3 | 6/5/12 04:22:26 PM | S0054-0000027152 | The Divide | R & D Film | The Divide 2011 720p BRRip x264 -MgB | SHA1: 2D2FF5B3C6EFBBEA437BD940885B9D7A11F81BEF | Charter Communications | Illinois | Belleville |
| 2. | 75.132.139.82 | 2D5554333133302DBF6A200A2F69968AC4A8C0CA | µTorrent 3.1.3 | 6/5/12 06:56:14 AM | S0054-0000027174 | The Divide | R & D Film | The Divide 2011 720p BRRip x264 -MgB | SHA1: 2D2FF5B3C6EFBBEA437BD940885B9D7A11F81BEF | Charter Communications | Illinois | Belleville |
| 3. | 75.132.139.108 | 2D5554333133302DBF6ABBF70846CC5E713A9F2A | µTorrent 3.1.3 | 6/8/12 12:08:35 AM | S0054-0000026888 | The Divide | R & D Film | The Divide 2011 720p BRRip x264 -MgB | SHA1: 2D2FF5B3C6EFBBEA437BD940885B9D7A11F81BEF | Charter Communications | Illinois | Belleville |
| 4. | 75.132.155.201 | 2D415A343530342D65796C696A4651546E45636A | Vuze 4.5.0.4 | 6/13/12 10:22:42 PM | S0054-0000026470 | The Divide | R & D Film | The Divide 2011 720p BRRip x264 -MgB | SHA1: 2D2FF5B3C6EFBBEA437BD940885B9D7A11F81BEF | Charter Communications | Illinois | Belleville |
| 5. | 97.92.205.65 | 4D372D322D312D2D3262E3E0274A4A6831A5D83B | BitTorrent 7.2.1 | 6/12/12 12:50:54 PM | S0054-0000026588 | The Divide | R & D Film | The Divide 2011 720p BRRip x264 -MgB | SHA1: 2D2FF5B3C6EFBBEA437BD940885B9D7A11F81BEF | Charter Communications | Illinois | Granite City |
| 6. | 97.92.192.150 | 4D372D322D312D2D3262B3D8E99B3956F955C977 | BitTorrent 7.2.1 | 6/15/12 06:10:15 PM | S0054-0000026376 | The Divide | R & D Film | The Divide 2011 720p BRRip x264 -MgB | SHA1: 2D2FF5B3C6EFBBEA437BD940885B9D7A11F81BEF | Charter Communications | Illinois | Granite City |
| 7. | 97.92.202.53 | 4D372D322D312D2D32625F084799D9A88219682A | BitTorrent 7.2.1 | 6/30/12 04:01:17 PM | S0054-0000025760 | The Divide | R & D Film | The Divide 2011 720p BRRip x264 -MgB | SHA1: 2D2FF5B3C6EFBBEA437BD940885B9D7A11F81BEF | Charter Communications | Illinois | Granite City |
| 8. | 96.25.141.219 | 2D5554333133302D546A3A7C24A6287482CE6CDC | µTorrent 3.1.3 | 6/7/12 04:15:56 AM | S0054-0000026964 | The Divide | R & D Film | The Divide 2011 720p BRRip x264 -MgB | SHA1: 2D2FF5B3C6EFBBEA437BD940885B9D7A11F81BEF | Clearwire Corporation | Illinois | Chicago |
| 9. | 50.9.55.198 | 2D4243303132372D013CD84A8FA2B2D8DA282E79 | BitComet 1.27 | 6/6/12 04:26:22 AM | S0054-0000027088 | The Divide | R & D Film | The Divide 2011 720p BRRip x264 -MgB | SHA1: 2D2FF5B3C6EFBBEA437BD940885B9D7A11F81BEF | Clearwire Corporation | Illinois | Dolton |
| 10. | 67.184.138.189 | 4D372D362D312D2DC06A222B9ED9BE3130798F7D | BitTorrent 7.6.1 | 6/27/12 07:41:12 PM | S0054-0000025896 | The Divide | R & D Film | The Divide 2011 720p BRRip x264 -MgB | SHA1: 2D2FF5B3C6EFBBEA437BD940885B9D7A11F81BEF | Comcast Cable | Illinois | Aurora |
| 11. | 76.23.69.38 | 2D5554333133302D476AA9998455AFFC9F97DD52 | µTorrent 3.1.3 | 7/1/12 09:45:14 PM | S0054-0000025664 | The Divide | R & D Film | The Divide 2011 720p BRRip x264 -MgB | SHA1: 2D2FF5B3C6EFBBEA437BD940885B9D7A11F81BEF | Comcast Cable | Illinois | Aurora |
| 12. | 98.206.205.234 | 2D4445323130302D6439415F6266456B784D2D71 | Deluge 2.1.0.0 | 6/16/12 09:48:49 PM | S0054-0000026286 | The Divide | R & D Film | The Divide 2011 720p BRRip x264 -MgB | SHA1: 2D2FF5B3C6EFBBEA437BD940885B9D7A11F81BEF | Comcast Cable | Illinois | Bartlett |
| 13. | 50.129.126.26 | 2D5554322230302DDE5C5F1AB8167A77416FBA4F | µTorrent 2.2.0 | 6/6/12 08:26:21 PM | S0054-0000027028 | The Divide | R & D Film | The Divide 2011 720p BRRip x264 -MgB | SHA1: 2D2FF5B3C6EFBBEA437BD940885B9D7A11F81BEF | Comcast Cable | Illinois | Chicago |
| 14. | 98.212.109.50 | 2D415A343730322D4E6D41566F4A714544303747 | Vuze 4.7.0.2 | 6/9/12 02:14:54 PM | S0054-0000026806 | The Divide | R & D Film | The Divide 2011 720p BRRip x264 -MgB | SHA1: 2D2FF5B3C6EFBBEA437BD940885B9D7A11F81BEF | Comcast Cable | Illinois | Chicago |
| 15. | 98.206.3.94 | 2D5554333133302D546A9ADC6643E34C45013684 | µTorrent 3.1.3 | 6/13/12 11:43:53 PM | S0054-0000026466 | The Divide | R & D Film | The Divide 2011 720p BRRip x264 -MgB | SHA1: 2D2FF5B3C6EFBBEA437BD940885B9D7A11F81BEF | Comcast Cable | Illinois | Chicago |
| 16. | 98.213.208.173 | 2D5554333133302D476A0E400587E4E6E6BA7227 | µTorrent 3.1.3 | 6/15/12 05:55:34 PM | S0054-0000026354 | The Divide | R & D Film | The Divide 2011 720p BRRip x264 -MgB | SHA1: 2D2FF5B3C6EFBBEA437BD940885B9D7A11F81BEF | Comcast Cable | Illinois | Chicago |
| 17. | 69.245.247.247 | 2D5554333133302DC5686C804FC5F1D8BA0F69BF | µTorrent 3.1.2 | 6/16/12 05:29:21 AM | S0054-0000026330 | The Divide | R & D Film | The Divide 2011 720p BRRip x264 -MgB | SHA1: 2D2FF5B3C6EFBBEA437BD940885B9D7A11F81BEF | Comcast Cable | Illinois | Chicago |
| 18. | 98.253.98.182 | 2D5554333133302D546A6302AF6936692F86CBB8 | µTorrent 3.1.3 | 6/17/12 04:15:32 AM | S0054-0000026240 | The Divide | R & D Film | The Divide 2011 720p BRRip x264 -MgB | SHA1: 2D2FF5B3C6EFBBEA437BD940885B9D7A11F81BEF | Comcast Cable | Illinois | Chicago |
| 19. | 24.1.58.188 | 2D5554333133302D476AC219E5A233AAC3206395 | µTorrent 3.1.3 | 6/19/12 01:37:11 AM | S0054-0000026156 | The Divide | R & D Film | The Divide 2011 720p BRRip x264 -MgB | SHA1: 2D2FF5B3C6EFBBEA437BD940885B9D7A11F81BEF | Comcast Cable | Illinois | Chicago |
| 20. | 67.175.64.13 | 2D5554333133302D546AAB888BF51F1AF74CB0FE | µTorrent 3.1.3 | 6/22/12 02:18:41 PM | S0054-0000026020 | The Divide | R & D Film | The Divide 2011 720p BRRip x264 -MgB | SHA1: 2D2FF5B3C6EFBBEA437BD940885B9D7A11F81BEF | Comcast Cable | Illinois | Chicago |
| 21. | 67.175.169.233 | 2D5554333133302D476A02869ECC09D09773D696 | µTorrent 3.1.3 | 6/24/12 03:17:05 AM | S0054-0000025988 | The Divide | R & D Film | The Divide 2011 720p BRRip x264 -MgB | SHA1: 2D2FF5B3C6EFBBEA437BD940885B9D7A11F81BEF | Comcast Cable | Illinois | Chicago |
| 22. | 67.163.35.46 | 2D5554333133302D1F6A546558849E5AF381F3D2 | µTorrent 3.1.3 | 6/27/12 08:47:10 AM | S0054-0000025890 | The Divide | R & D Film | The Divide 2011 720p BRRip x264 -MgB | SHA1: 2D2FF5B3C6EFBBEA437BD940885B9D7A11F81BEF | Comcast Cable | Illinois | Chicago |
| 23. | 98.214.230.32 | 2D5554333133302D6A6B2EEC25BAF7A63F46EE75 | µTorrent 3.1.3 | 7/2/12 05:06:06 PM | S0054-0000025586 | The Divide | R & D Film | The Divide 2011 720p BRRip x264 -MgB | SHA1: 2D2FF5B3C6EFBBEA437BD940885B9D7A11F81BEF | Comcast Cable | Illinois | Decatur |
| 24. | 98.228.183.31 | 2D415A343730322D5162617072636F4B34313154 | Vuze 4.7.0.2 | 7/2/12 05:42:09 PM | S0054-0000025584 | The Divide | R & D Film | The Divide 2011 720p BRRip x264 -MgB | SHA1: 2D2FF5B3C6EFBBEA437BD940885B9D7A11F81BEF | Comcast Cable | Illinois | Dekalb |
| 25. | 24.13.192.45 | 2D5554333133302D546AB723655A220BCB3E15F4 | µTorrent 3.1.3 | 6/8/12 09:26:36 PM | S0054-0000026844 | The Divide | R & D Film | The Divide 2011 720p BRRip x264 -MgB | SHA1: 2D2FF5B3C6EFBBEA437BD940885B9D7A11F81BEF | Comcast Cable | Illinois | Glenview |
| 26. | 71.228.31.226 | 2D4D52343030302D7259314521765938414C376B | Miro 4.0.0.0 | 6/27/12 02:36:38 PM | S0054-0000025900 | The Divide | R & D Film | The Divide 2011 720p BRRip x264 -MgB | SHA1: 2D2FF5B3C6EFBBEA437BD940885B9D7A11F81BEF | Comcast Cable | Illinois | Lockport |
| 27. | 98.223.121.223 | 2D415A343730322D306B463933626554616A3870 | Vuze 4.7.0.2 | 6/13/12 12:35:41 AM | S0054-0000026546 | The Divide | R & D Film | The Divide 2011 720p BRRip x264 -MgB | SHA1: 2D2FF5B3C6EFBBEA437BD940885B9D7A11F81BEF | Comcast Cable | Illinois | Lombard |

| # | IP | Hash | Client | Date/Time | DocID | Title | Type | Filename | SHA1 | ISP | State | City |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 76.16.33.109 | 4D372D362D312D2D556AF224FD5FE596BE08FDEF | BitTorrent 7.6.1 | 7/1/12 03:10:38 PM | S0054-0000025696 | The Divide | R & D Film | The Divide 2011 720p BRRip x264 -MgB | SHA1: 2D2FF5B3C6EFBBEA437BD940885B9D7A11F81BEF | Comcast Cable | Illinois | Markham |
| 29 | 67.176.210.212 | 2D415A343730322D663758324F73784549655171 | Vuze 4.7.0.2 | 6/15/12 06:12:31 PM | S0054-0000026352 | The Divide | R & D Film | The Divide 2011 720p BRRip x264 -MgB | SHA1: 2D2FF5B3C6EFBBEA437BD940885B9D7A11F81BEF | Comcast Cable | Illinois | Rockford |
| 30 | 24.1.200.210 | 2D5554323230302D1F5ABD826594F7899B15F7D6 | µTorrent 2.2.0 | 6/5/12 06:21:08 AM | S0054-0000027180 | The Divide | R & D Film | The Divide 2011 720p BRRip x264 -MgB | SHA1: 2D2FF5B3C6EFBBEA437BD940885B9D7A11F81BEF | Comcast Cable | Illinois | Rolling Meadows |
| 31 | 24.15.98.66 | 2D5554333030302D7463E2FEFD509B49DD4DCDB4 | µTorrent 3.0.0 | 6/12/12 06:14:29 PM | S0054-0000026566 | The Divide | R & D Film | The Divide 2011 720p BRRip x264 -MgB | SHA1: 2D2FF5B3C6EFBBEA437BD940885B9D7A11F81BEF | Comcast Cable | Illinois | Shorewood |
| 32 | 67.163.14.95 | 2D4243303132392D939D60E1B5224FDF9C0904C1 | BitComet 1.29 | 6/21/12 01:14:28 PM | S0054-0000026050 | The Divide | R & D Film | The Divide 2011 720p BRRip x264 -MgB | SHA1: 2D2FF5B3C6EFBBEA437BD940885B9D7A11F81BEF | Comcast Cable | Illinois | Skokie |
| 33 | 98.215.243.236 | 2D5554333133302D546ACD606CC28D5D40ABE703 | µTorrent 3.1.3 | 6/20/12 11:02:37 PM | S0054-0000026068 | The Divide | R & D Film | The Divide 2011 720p BRRip x264 -MgB | SHA1: 2D2FF5B3C6EFBBEA437BD940885B9D7A11F81BEF | Comcast Cable | Illinois | Springfield |
| 34 | 67.173.57.243 | 2D5554333133302D476AFBA7481682D0A7C50FFE | µTorrent 3.1.3 | 6/11/12 10:14:32 PM | S0054-0000026636 | The Divide | R & D Film | The Divide 2011 720p BRRip x264 -MgB | SHA1: 2D2FF5B3C6EFBBEA437BD940885B9D7A11F81BEF | Comcast Cable | Illinois | Sterling |
| 35 | 216.45.153.112 | 2D5554333133302D476A2C9A4355CCF11EFB3E84 | µTorrent 3.1.3 | 7/2/12 09:41:16 PM | S0054-0000025560 | The Divide | R & D Film | The Divide 2011 720p BRRip x264 -MgB | SHA1: 2D2FF5B3C6EFBBEA437BD940885B9D7A11F81BEF | Comcast Telecommunications | Illinois | Pekin |
| 36 | 50.122.46.193 | 2D554D31353134304B6867BA54C7A413855270D2 | -UM15140 | 6/5/12 09:27:10 PM | S0054-0000027142 | The Divide | R & D Film | The Divide 2011 720p BRRip x264 -MgB | SHA1: 2D2FF5B3C6EFBBEA437BD940885B9D7A11F81BEF | Frontier Communications | Illinois | Normal |
| 37 | 50.103.154.193 | 2D5554323030302D00461FC3C6508C7AE5859889 | µTorrent 2.0.0 | 6/24/12 01:58:06 AM | S0054-0000025992 | The Divide | R & D Film | The Divide 2011 720p BRRip x264 -MgB | SHA1: 2D2FF5B3C6EFBBEA437BD940885B9D7A11F81BEF | Frontier Communications | Illinois | Olney |
| 38 | 67.210.66.91 | 2D5554333133302D1F6A880A77E1884991C8737C | µTorrent 3.1.3 | 6/15/12 01:53:23 AM | S0054-0000026402 | The Divide | R & D Film | The Divide 2011 720p BRRip x264 -MgB | SHA1: 2D2FF5B3C6EFBBEA437BD940885B9D7A11F81BEF | Norlight Telecommunications | Illinois | Rockford |
| 39 | 24.148.18.158 | 2D5554333133302D546AD91C92C32A8A516418BD | µTorrent 3.1.3 | 6/5/12 02:45:00 AM | S0054-0000027198 | The Divide | R & D Film | The Divide 2011 720p BRRip x264 -MgB | SHA1: 2D2FF5B3C6EFBBEA437BD940885B9D7A11F81BEF | RCN Corporation | Illinois | Chicago |
| 40 | 24.136.3.218 | 4D372D322D312D2D32621BF704056A6B7388FF69 | BitTorrent 7.2.1 | 6/6/12 11:23:56 PM | S0054-0000027004 | The Divide | R & D Film | The Divide 2011 720p BRRip x264 -MgB | SHA1: 2D2FF5B3C6EFBBEA437BD940885B9D7A11F81BEF | RCN Corporation | Illinois | Chicago |
| 41 | 108.93.38.128 | 2D5554333133302D476A50B3C11164CADBB26407 | µTorrent 3.1.3 | 6/6/12 03:20:24 AM | S0054-0000027104 | The Divide | R & D Film | The Divide 2011 720p BRRip x264 -MgB | SHA1: 2D2FF5B3C6EFBBEA437BD940885B9D7A11F81BEF | SBC Internet Services | Illinois | Chicago |
| 42 | 99.47.132.130 | 2D5554333133302D476A9EEEBF9F4EA8DC11E316 | µTorrent 3.1.3 | 6/7/12 12:42:32 AM | S0054-0000026990 | The Divide | R & D Film | The Divide 2011 720p BRRip x264 -MgB | SHA1: 2D2FF5B3C6EFBBEA437BD940885B9D7A11F81BEF | SBC Internet Services | Illinois | Chicago |
| 43 | 99.20.140.106 | 2D554D31353134304B68EDF20507B55E99E293DE | -UM15140 | 6/6/12 11:22:27 PM | S0054-0000027006 | The Divide | R & D Film | The Divide 2011 720p BRRip x264 -MgB | SHA1: 2D2FF5B3C6EFBBEA437BD940885B9D7A11F81BEF | SBC Internet Services | Illinois | Decatur |
| 44 | 75.57.146.61 | 2D5452313534302D6263716C6D6F747733347235 | Transmission 1.54 | 6/6/12 07:43:03 PM | S0054-0000027030 | The Divide | R & D Film | The Divide 2011 720p BRRip x264 -MgB | SHA1: 2D2FF5B3C6EFBBEA437BD940885B9D7A11F81BEF | SBC Internet Services | Illinois | Lake In The Hills |
| 45 | 99.130.92.151 | 4D372D362D302D2D8C6885B196600CBDAF0DA866 | BitTorrent 7.6.0 | 6/13/12 05:29:45 AM | S0054-0000026496 | The Divide | R & D Film | The Divide 2011 720p BRRip x264 -MgB | SHA1: 2D2FF5B3C6EFBBEA437BD940885B9D7A11F81BEF | SBC Internet Services | Illinois | Montgomery |
| 46 | 108.72.216.160 | 2D415A343730322D586A7A324F426B4175476F55 | Vuze 4.7.0.2 | 6/4/12 06:57:59 PM | S0054-0000027222 | The Divide | R & D Film | The Divide 2011 720p BRRip x264 -MgB | SHA1: 2D2FF5B3C6EFBBEA437BD940885B9D7A11F81BEF | SBC Internet Services | Illinois | Schaumburg |
| 47 | 74.120.207.153 | 2D5554333133302DF06966CDA61CFFDBAB1656CF | µTorrent 3.1.3 | 7/2/12 08:15:37 AM | S0054-0000025616 | The Divide | R & D Film | The Divide 2011 720p BRRip x264 -MgB | SHA1: 2D2FF5B3C6EFBBEA437BD940885B9D7A11F81BEF | Tel-Star Cablevision | Illinois | Mapleton |
| 48 | 69.47.13.231 | 4D372D362D312D2D486A960282E8419C61C86C73 | BitTorrent 7.6.1 | 6/12/12 09:29:20 PM | S0054-0000027022 | The Divide | R & D Film | The Divide 2011 720p BRRip x264 -MgB | SHA1: 2D2FF5B3C6EFBBEA437BD940885B9D7A11F81BEF | WideOpenWest | Illinois | Chicago |
| 49 | 69.47.13.193 | 4D372D362D312D2D556A34E0C2ABE1F1A51B827C | BitTorrent 7.6.1 | 6/13/12 04:42:32 AM | S0054-0000026500 | The Divide | R & D Film | The Divide 2011 720p BRRip x264 -MgB | SHA1: 2D2FF5B3C6EFBBEA437BD940885B9D7A11F81BEF | WideOpenWest | Illinois | Chicago |
| 50 | 166.249.134.17 | 2D5554333133302D476AC7FEDB1E2746B733FFB9 | µTorrent 3.1.3 | 6/10/12 04:10:44 PM | S0054-0000026718 | The Divide | R & D Film | The Divide 2011 720p BRRip x264 -MgB | SHA1: 2D2FF5B3C6EFBBEA437BD940885B9D7A11F81BEF | Wireless Data Service Provider Corporation | Illinois | Chicago |
| 51 | 166.249.133.6 | 2D5554333133302D476AC7FEDB1E2746B733FFB9 | µTorrent 3.1.3 | 6/10/12 04:34:13 PM | S0054-0000026714 | The Divide | R & D Film | The Divide 2011 720p BRRip x264 -MgB | SHA1: 2D2FF5B3C6EFBBEA437BD940885B9D7A11F81BEF | Wireless Data Service Provider Corporation | Illinois | Darien |
| 52 | 166.249.131.245 | 2D5554333133302D476A08D74857C56086A5A3AF | µTorrent 3.1.3 | 6/9/12 01:36:51 PM | S0054-0000026810 | The Divide | R & D Film | The Divide 2011 720p BRRip x264 -MgB | SHA1: 2D2FF5B3C6EFBBEA437BD940885B9D7A11F81BEF | Wireless Data Service Provider Corporation | Illinois | Park Ridge |